AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| US Pipelining, LLC, <br><br> Plaintiff(s) <br> v. <br> US Pipe Lining Services, Inc., Bradley A. Kalis, and Jeffrey W. Kaplan <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:25-cv-00195-MSS-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US Pipe Lining Services, Inc.
c/o Jared Firestone as RA
1220 Harbor Court
Hollywood, FL 33019

US Pipe Lining Services, Inc.
10002 Forest Hills Drive
Tampa, FL 33612

US Pipe Lining Services, Inc.
10200 Gandy Blvd N, Apt 822
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott A. Smothers, Esq.
Smothers Law Firm, P.A.
scott@smotherslawfirm.com   service@smotherslawfirm.com
523 Wekiva Commons Circle
Apopka, FL 32712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AmparoMoreno

Date: January 28, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| US Pipelining, LLC,<br><br>*Plaintiff(s)*<br>v.<br>US Pipe Lining Services, Inc., Bradley A. Kalis, and Jeffrey W. Kaplan<br><br>*Defendant(s)* | ))))))))))) Civil Action No. 8:25-cv-00195-MSS-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bradley A. Kalis
10200 Gandy Blvd. N, Apartment 822
Saint Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott A. Smothers, Esq.
Smothers Law Firm, P.A.
scott@smotherslawfirm.com   service@smotherslawfirm.com
523 Wekiva Commons Circle
Apopka, FL 32712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
AmparoMoreno

Date: January 28, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)* 
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* 
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)* 
 on *(date)* ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:


My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| US Pipelining, LLC, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:25-cv-00195-MSS-CPT |
| US Pipe Lining Services, Inc., Bradley A. Kalis, and Jeffrey W. Kaplan | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey W. Kaplan
9017 West Flora Street
Tampa, FL 33615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott A. Smothers, Esq.
Smothers Law Firm, P.A.
scott@smotherslawfirm.com  service@smotherslawfirm.com
523 Wekiva Commons Circle
Apopka, FL 32712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AmparoMoreno

Date: January 28, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*
                                                                         on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                          , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                         on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                          ; or

☐ Other *(specify)*:



My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:
                                                                *Server's signature*

                                                                *Printed name and title*


                                                                *Server's address*

Additional information regarding attempted service, etc: